**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MILTON YOUNG | CIVIL ACTION NO. 20-cv-0288-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JAMES LABLANC, ET AL | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 8], and having thoroughly reviewed the record, including the written objections filed [Record Document 9], and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Complaint is hereby **DISMISSED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 16th day of November, 2020.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT